# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| Natasha Michelle Boyland | ) | **Case No:** | 18-13983-JDW |
| | ) | | |
| **Debtor(s).** | ) | **Chapter:** | 7 |

## NOTICE OF DEFICIENT FILING

The request that you filed is deficient for the reason(s) specified below.

**PLEASE TAKE NOTICE** that corrections of such deficiencies must be accomplished within 21 days from the date hereof. Subject to judicial review, failure to correct this deficiency within 21 days from the date hereof may result in the pleading/document being stricken.

(X) THE AMENDMENT TO THE LIST OF CREDITORS WAS NOT ACCOMPANIED BY THE $31.00 FILING FEE. THE FILER IS DIRECTED TO SUBMIT THE REQUIRED FEE

(X) THE AMENDMENT WAS NOT ACCOMPANIED BY A CERTIFICATE OF SERVICE SHOWING SERVICE OF A NOTICE OF SAID AMENDMENT TO AFFECTED CREDITORS, THE TRUSTEE AND THE U.S. TRUSTEE. A COPY OF THE PROPER NOTICE FORM MAY BE OBTAINED FROM THE COURT WEBSITE AT www.msnb.uscourts.gov. LOCATED UNDER BANKRUPTCY FORMS<NOTICE TO ADDED CREDITOR< (CLF 156). THE FILER IS DIRECTED TO SUBMIT THE REQUIRED CERTIFICATE OF SERVICE.

(X) A COPY OF THE MEETING OF CREDITORS (OFFICIAL FORM 309A) MUST BE SERVED TO THE AFFECTED CREDITORS.

You have 21 days to return all required materials and fee to the Bankruptcy Court, however, the Creditors that were added to the Creditor Matrix must be served immediately with the Notice (CLF 156) and the Meeting of Creditors(Official Form 309A) .

SHALLANDA J. CLAY, CLERK

                                                    By:
                                                    Deputy Clerk
                                                    703 Hwy. 145 North
                                                    Aberdeen, MS  39730
                                                    Telephone:  (662) 369-2596

DATE OF ISSUANCE:  10-24-2018