___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re

NATASHA MICHELLE BOYLAND

Debtor

Case No:  18-13983-JDW

Chapter:  7

### DEFAULT ORDER GRANTING MOTION TO LIFT STAY BY MEMPHIS CITY EMPLOYES CREDIT UNION (DKT. NO. 40)

This cause came to be heard upon Motion of Memphis City Employees Credit Union, for relief from the automatic stay of 11 U.S.C. §362.  Movant represented to the Court that it served the motion in accordance with all applicable rules.  No timely response was filed.  Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property:

2008 Kia Sedona ES, VIN KNDMB233686246623

2006 Landrover, VIN SALSF25456A963597

**##END OF ORDER##**

APPROVED:

/s/ Brittan W. Robinson
BRITTAN WEBB ROBINSON (103065)
Attorney for Creditor
150 Court Avenue
Memphis, Tennessee  38103
(901) 528-1111

17-06585-0