AFFIDAVIT OF MAILING

**FILED**

FEB 0 4 2019

Clerk, U.S. Bankruptcy Court
Northern District of Miss.

STATE OF MISSISSIPPI    )
                        ) ss.
COUNTY OF DESOTO        )

Natasha-Michelle: Boyland, being first duly sworn, on oath deposes and states that on the 31st day of January, 2019, he/she mailed the following:

1. Affidavit of Reservation of Rights
2. Affidavit of Truth
3. Affidavit of Denial of Corporation Existence
4. Affidavit of Natasha-Michelle: Boyland by Special Appearance

upon each of persons and/or entities named below by mailing to them a copy thereof by enclosing same in an envelope with certified mail # 7017 2680 000 4203 3502 postage prepaid and depositing same in the post office at Horn Lake, Mississippi, addressed to them as follows:

U S Bankruptcy Court Northern Mississippi District
703 Highway 145 North
Aberdeen, MS 39730

By: Natasha-Michelle: Boyland
Natasha-Michelle: Boyland
Secured Party/ Holder in Due Course

Subscribed and sworn to before me
this 31st day of January, 2019.

_____
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 81303, PAMELA S. BAKER, Commission Expires May 22, 2022, DESOTO COUNTY]

Return to:
Natasha-Michelle: Boyland
PO Box 95
Horn Lake, Mississippi Republic

## Affidavit of reservation of rights UCC 1-308/1-207

**PUBLIC**
**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

Natasha-Michelle: Boyland, sui juris
All rights reserved UCC 1-308/1-207
PO Box 95
Horn Lake, Mississippi a republic
nmboyland@icloud.com
Non-domestic without the United States

*Sovereign Authority*

Let it be known to all that I, **Natasha-Michelle: Boyland** explicitly reserves all of my rights. See **UCC 1-308** which was formally **UCC 1-207**. "**§ 1-308. Performance or Acceptance under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties at all times and in all places, **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty. Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and reject any attempted expatriation. See **15 United States statute at large, July 27th, 1868** also known as the expatriation statute Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

### AFFIDAVIT

Affiant, **Natasha-Michelle: Boyland**, sui juris, a natural born Citizen of Tennessee its dejure capacity as a republic and as one of the several states of the union created by the constitution for the United States of America 1777/1789. This incidentally makes me an American national and a common womb man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed By /s/ Natasha-Michelle: Boyland _____ sui juris, This Affidavit is dated January 29, 2019

**NOTARY PUBLIC**

State Mississippi    County Desoto

Subscribed and sworn to before me, a Notary Public, the above signed Natasha-Michelle: Boyland, This 29th day of January 2019 year

Notary Public: /s/

[Notary seal: JASMINE RAYFORD, NOTARY PUBLIC, ID No. 118826, MY COMMISSION EXPIRES JUNE 26, 2020, STATE OF MISSISSIPPI]

# Affidavit of Denial of Corporation Existence

I, Natasha-Michelle: Boyland, Hereinafter I, a living, breathing womb man, declare in writing that the following facts are true to the best of my knowledge and belief.

I hereby deny that the following corporations exist: UNITED STATES, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, NATASHA MICHELLE BOYLAND OF 4414 Wrenwood Drive, Horn Lake, Mississippi 38637 and ALL OTHER CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY.

I deny INTERNAL REVENUE SERVICE "Plaintiff" exists.

I deny "Plaintiff" exists.

If any man or woman desiring to answer this Affidavit, with notarized Affidavit, using your Christian or family name for signature, mail to the below named notary, address provided, within five 5 days or Default will be obtained.

*Natasha-Michelle: Boyland* (signature)
Natasha-Michelle: Boyland

**County of Desoto**          )
                              ) Scilicet:
**Mississippi State**         )

On January 29th A.D. 2019, a womb man who identified herself as Natasha-Michelle: Boyland, in the character and capacity by right personally appeared before me, a Notary Public, in and for the State of Mississippi, duly commissioned and sworn, attested to the truth of this Affidavit with her signature.

Executed January 29th A. D. 2019, at Southaven, Mississippi

_____ Seal;
Notary Public, in and for said county and State

(Notary seal: DESOTO COUNTY, MY COMMISSION EXPIRES JUNE 26, 2020, ID NO. 116826, NOTARY PUBLIC, JASMINE RAYFORD, STATE OF MISSISSIPPI)

**Case No. 18-13983-JDW**

# AFFIDAVIT OF TRUTH

Be it known to all who call themselves "government," their "courts," agents, and other parties, that I, **Natasha-Michelle: Boyland**, am a natural, freeborn sovereign individual, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

I am not a "person" as defined in "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments."

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, <u>from the beginning</u>.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, **take notice** that I revoke, cancel, and make void <u>from the beginning</u> my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

Page 1 of 5 Affidavit of Truth of Natasha-Michelle: Boyland©, Case No. 18-13983-JDW

Typical examples of such compelled and pretended "benefits" are:

1. **"Birth Certificate"**: The fact that a "birth certificate" was issued to me by a local hospital or "government" agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about "jurisdiction," nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.
2. **The use of national currency to discharge my debts**: I have used these only because there is no other widely recognized currency.
3. **The use of a bank account**: If there is any hidden "contract" behind an account, my signature therewith gives no validity to it. The signature is only for verification of identity. I can not be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent.

    Likewise, my use of the bank account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.

4. **The use of a "driver's license"**: There is no real need for me to have such a "license" for travelling in a car. However, if I am stopped for any reason and found to be without a "license," it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a "license" only to avoid extreme inconvenience.
5. **"State plates" on my car**: Similarly, if I have "registered" my car with the "state" and carry the "state plates" on it, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and extreme inconvenience.
6. **The use of a "passport"**: There is no real need for me to have a "passport" (or other associated "permits," "visas," etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one "country" to another at all.
7. **Past "filing" of "tax returns"**: Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.
8. **Past "enrolment" and "voting"**: Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the

supposed "privilege" to "enroll" and "vote," any such "enrolment" or "voting" does not oblige me to do anything, nor grant any "jurisdiction" over me to anyone.

9. **"Citizenship"**: Any document I may have ever signed, in which I answered "yes" to the question, "Are you a [insert name of "country" here] citizen?" - cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract.

   I am not a "United States citizen." I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "county," "council," "city," "municipal body politic," or other "government" allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom. Nor do any of the "statutes" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me.

   Further, I am not a subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from said "authorities." **Take notice** that I hereby cancel and make void <u>from the beginning</u> any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or a "[insert name of "country" here] citizen," or a "resident" of any "commonwealth," "state," "territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s)."

10. **"Constitution"**: The document supposedly setting forth the foundations of a "country" and "its" "government," has no inherent authority or obligation. A "constitution" has no authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such "constitution" contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me.

11. **Use of semantics**: There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definitions of words in their "law" books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor

vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the "courts" have become entangled in the game of semantics, be it known to all "courts" and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in any "law" books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any "obligation" to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the "law" dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void <u>from the beginning</u>, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file/identification number" and/or "social security number" assigned to me, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the aforementioned numbers, "licenses," "certificates," and other "instruments." My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

**Take notice** that I also revoke, cancel, and make void <u>from the beginning</u> all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney

# Affidavit of Natasha-Michelle: Boyland©, by Special Visitation

## Case No. 18-13983-JDW

Affiant, who goes by the appellation Natasha-Michelle: Boyland©, a living breathing, flesh-and-blood womb man under the laws of God, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the Christ, reserving all rights, being unschooled in law, and who has no bar attorney, is without an attorney, and having never been represented by an attorney and not waiving counsel, knowingly and willingly Declares and Duly Affirms, in accordance with law, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of judiciary, that the following statements and facts, by special visitation in the matter(s) in re Case No. 18-13983-JDW and any matter relating to this, are of Affiant's own firsthand knowledge does solemnly declare, and depose; that Affiant is competent to state the matters set forth herein; that Affiant has personal knowledge and belief of the facts stated herein; and all the facts stated herein are true, correct, complete, and certain.

This declaration of facts is based on Affiant's own firsthand knowledge and belief, mark Affiant's words:

1. Affiant goes by the appellation Natasha-Michelle: Boyland©; Affiant is a living, moral being endowed with unalienable rights to life, liberty, property, papers and effects, and all substantive rights of every State.

2. Affiant owns the name Natasha-Michelle: Boyland© and the trade-name NATASHA MICHELLE BOYLAND©, as well as any and all derivatives and variations in the spelling of said trade-name, and speaks only for Natasha-Michelle: Boyland©, and is no other, and is surety for no other and speaks for no person, juristic person, entity, individual, group, organization, association, voluntary association, joint-stock association, company, co-partnership, firm, order/society, both aggregate and part of any aggregate/automatic aggregate/ public utility aggregate, organized and incorporated/not incorporated, and is not misrepresenting Affiant, and has not duly granted, ratified, bargained for, gifted, sold, optioned, donated, and life any power of appointment, special power of appointment general power of appointment in trust, nor any general nor special franchise, nor elective franchise, of name character, living body, and the like in favor of any other, for any consideration, including but no limited by any option/opting, any promises, implied promise, successive promises, agreement, supposed agreement, fiction, forbearance, grace creation, modification, destruction, and the like of a legal relation, trade name, trademark, service mark , title, titles, return promise, and the like bargained for and given in exchange for a promise, privileges or benefits, reciprocity, and indemnity, mutual indemnification, any future interest, and the like.

3. Affiant is a natural born flesh and blood womb man who takes up life living in the geographic regions known as New York, Tennessee and Mississippi Republic.

4. Affiant is neither a surety, nor an accommodation party, for any juristic person.

5. Affiant neither granted STATE OF MISSISSIPPI nor any of his agents permission for using, nor authorized STATE OF MISSISSIPPI nor any of his agents use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

6. Affiant neither granted STATE OF MISSISSIPPI permission for using, nor authorized ASSISTANT STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

7. Affiant neither granted STATE OF MISSISSIPPIS permission for using, nor authorized STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

8. Affiant neither granted STATE OF MISSISSIPPI permission for using, nor authorized STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

9. Affiant neither granted STATE OF MISSISSIPPI permission for using, nor authorized STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

10. Affiant neither granted STATE OF MISSISSIPPI permission for using, nor authorized STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAND©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without consideration for the use of said name.

11. Affiant neither granted UNITED STATES BANKRUPTCY COURT NORTHEN DISTRIST OF THE STATE OF MISSISSIPPI permission for using, nor authorized UNITED STATES BANKRUPTCY COURT NORTHEN DISTRIST OF THE STATE OF MISSISSIPPI'S use of, the name NATASHA MICHELLE BOYLAD©, also known by any and all derivatives and variations in the spelling of said name except "Natasha-Michelle: Boyland," at any time without

consideration for the use of said name.

12. Affiant did inform all parties involved in this matter that Affiant's papers and effects were private property, and that Affiant's private papers and effects could not be used by any of the parties in any manner without consideration.

13. Affiant states: no commercial consensual encounter took place even if so construed by any of the parties, and Affiant apologizes for any such construction, for it was a mistake.

14. Affiant neither disturbed the peace, nor dignity, of State Of Mississippi, nor STATE OF MISSISSIPPI, at any time.

15. Affiant neither disturbed the peace, nor the dignity, of State Of Mississippi, nor STATE OF MISSISSIPPI, at any time.

16. Affiant neither disturbed the peace, nor dignity, of United States, nor UNITED STATES, at any time.

17. Affiant neither disturbed the peace, nor dignity, of United States of America, nor UNITED STATES OF AMERICA, at any time.

18. Regarding any and all documents other than those initiated/ put forth by Affiant, i.e. documents such as this Affidavit, Affiant states that any and all ink-marks appearing within the signature space of any and all such documents re Case No. 18-13983-JDW do not comprise Affiant's signature, as Affiant's signature appears only where knowingly, willingly, and voluntarily executed following full disclosure of all terms and conditions of any and all contracts/ commercial agreements, as well as all terms and conditions of any unrevealed contract/commercial agreement.

19. Affiant states that jurisdiction is neither conferred, nor implied, nor granted by Affiant re Case No. 18-13983-JDW.

20. Currently Affiant is unjustifiably threatened by fraud, and irreversible harm continues accruing against Affiant.

21. All of the above-cited actions by the aforementioned trusted public servants are against the peace and dignity of Affiant.

    Any man, as well as any woman, who intends rebutting this Affidavit of Natasha-Michelle: Boyland shall do so in the manner of this Affidavit, by signing any such Affidavit using Christian name/baptismal name/ name given at birth, given in upper- and lower-case format, not set in all-capital letters, being a fully liable, living, breathing man/woman, responsible/liable for everything that such man/woman says and does. Any such Affidavit must be sent so as to be received by the notary public named at the address given below within five (5) days, lest a judgment of *"non pros"* be obtained, with a noticed claim of triple damages.

*"Non Pros"* is an abbreviation of *"non prosequitur"*, which is a judgment at common law entered at instance of defendant when plaintiff at any stage of proceedings fails to prosecute his action or any party of it, in due time.

Affiant, Natasha-Michelle: Boyland©, Common Law trade-name/ trademark copyright © 1997, a living, breathing, flesh-and-blood womb man, does swear and affirm on Affiant's own unlimited commercial liability, that Affiant has scribed and read the foregoing facts contained in this Affidavit, and that, in accordance with the best of Affiant's firsthand knowledge and conviction, such are true correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

This Affidavit is dated: the Thirty-First Day of the First Month in the Year of Our Lord Two Thousand Nineteen.

Pursuant to Title 28 USC § 1746 (1) and executed "without the United States", I affirm under penalty of perjury under the laws of the United states of (for) America Republic that the foregoing is true and correct, to the best of my overstanding and informed knowledge, And further deponent saith not.

By: *Natasha-Michelle: Boyland*
**Autograph Common Law Copyright © 1997 by Natasha-Michelle: Boyland©. All rights reserved. No part of this Autograph Common Law Copyright may be used, nor may said copyrighted property be reproduced in any manner, without prior, express, written consent and acknowledgement of Natasha-Michelle: Boyland© as signified by Natasha-Michelle: Boyland©'s signature in red ink. Unauthorized use of "Natasha-Michelle: Boyland" incurs same unauthorized use fees as those associated with NATASHA MICHELLE BOYLAND©.**

pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

---

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does **not** grant any "jurisdiction" to anyone.

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) Natasha-Michelle: Boyland
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: *Natasha-Michelle: Boyland*
Date: January 31, 2019


On this 31ST day of January, 2019, before me, the undersigned, a Notary Public in and for BankPlus, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: *Baker*

(SEAL)
STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 81303
PAMELA C. BAKER
Commission Expires
May 22, 2022
DESOTO COUNTY

Page **5** of **5** Affidavit of Truth of Natasha-Michelle: Boyland©, Case No. 18-13983-JDW